## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

### WILLIAM PHINIZY
### DOB: 02/03/1969

I, Wyatt Griffith, being first duly sworn, depose and state as follows:

## AFFIANT'S BACKGROUND

1. I am a Federal Officer with United States Secret Service Uniformed Division ("USSS/UD"), where I have served since January of 2018. I am currently assigned to the White House branch. My duties and responsibilities include, among other things, securing the outer perimeter of the White House complex, controlling entry and exit onto the complex, and providing security for the staff and USSS protectees.

2. The information set forth in this Affidavit is based on my personal knowledge and my communications with other USSS law enforcement officials. Thus, the statements contained in this Affidavit are based in part on information provided to me by other officers and investigators from the USSS.

3. The information provided in this affidavit is provided for the limited purpose of showing there is probable cause for the complaint and does not set forth all my knowledge about this matter.

## PURPOSE OF AFFIDAVIT

4. This affidavit is made in support of a criminal complaint charging **WILLIAM J. PHINIZY** (hereafter PHINIZY) with violationS of Title 18, United States Code, Sections 111(a)(1), (b); 1361; 1752(a)(4), (b)(1)(A).

    a. Title 18 USC § 111(a)(1) makes it unlawful to forcibly assault, resist, oppose, impede, intimidate, or interfere with designated officers of the United States engaged in or on account of the performance of their official duties. An enhanced penalty is applied under Title 18 USC § 111(b) when an individual in the commission of any act described in subsection (a) uses a deadly or dangerous weapon or inflicts bodily injury.

    b. Title 18 USC § 1361 makes it unlawful to willfully injure or commit any depreciation against any property of the United States if the damage or attempted damage to such property exceeds the sum of $1,000.

    c. Title 18 USC § 1752(a)(4) makes it unlawful for an individual to knowingly engage in any act of physical violence against any person or property in any restricted building or grounds. An enhanced penalty is applied under Title 18 USC § 1752(b)(1)(1) when the person, during and in relation to the offense, uses a deadly or dangerous weapon.

## FACTUAL BASIS SUPPORTING PROBABLE CAUSE

5. On October 22, 2018, at around 1:38 p.m., a white Chrysler 200 car with a Florida license plate drove westbound in the 1400 block of Pennsylvania Avenue, in Northwest, Washington, D.C., towards a vehicle entry checkpoint manned by the USSS. PHINIZY was the driver and sole occupant of the car. The checkpoint was part of the restricted area of the White House complex, and it is located on the west side of 15th street, Northwest, where Pennsylvania Avenue turns into E Street, Northwest. Signs mark the area as restricted. The checkpoint includes a vehicle entry barrier emblazoned with the word STOP.

6. The White House complex, which includes, among other things, the Treasury Department Building and grounds, the White House Mansion, and the White House grounds, is a restricted area in Washington, D.C., and constitutes the restricted area that surrounds the White House. Only people with authorized access are permitted inside the White House Complex, which has an exterior fence surrounding it. There are also fences that separate the Treasury Department Building from the White House Mansion and grounds.

7. I was in full uniform manning the checkpoint. I approached the car as it approached the checkpoint, with the purpose of stopping the car to check for identification and authorization to enter. I made eye contact with PHINIZY, but the car did not slow down. Instead, the car passed me and continued into the checkpoint. The car then struck the vehicle entry barrier and stopped. I approached the car, and observed that PHINIZY was sitting in the driver's seat. PHINIZY stated that he was trying to get away from the people that were chasing him, and that this was his last hope. PHINIZY also stated that he had bugs inside of him. PHINIZY was placed under arrest.

8. The vehicle entry barrier, which is property of the United States, was damaged by the impact. It was unable to raise and lower subsequent to this incident. The USSS expects that repair costs will exceed $1,000.

9. PHINIZY was placed under arrest. He was later interviewed by agents of the USSS after waiving his *Miranda* rights. PHINIZY stated that he is an Army veteran and has been diagnosed with post-traumatic stress disorder, depression, and traumatic brain injury. PHINIZY also stated that he takes medication for these conditions. PHINIZY explained that he lives in Florida, and that he recently visited multiple hospitals there. He said he then traveled to a FBI facility in North Carolina to speak with law enforcement agents, but was denied access. After visiting family, PHINIZY then traveled to the Washington, D.C., area and drove to the Pentagon to speak with law enforcement officials. He generally wanted to tell law enforcement that he was being followed by a gang of people that had been hired by his father-in-law to kill him. PHINIZY said he then went to the FBI building in Washington, D.C., but was told that the doors were locked. He said he then traveled to the White House in a panic. He said he knew that crashing into the White House vehicle gate would make a statement, and that he did it on purpose. He said he did not want to hurt anyone, but that he wanted to speak with USSS personnel because he thought they would keep him safe from the people following him. PHINIZY said he

2

owns firearms that are located at his parents' residence, and that he previously owned handguns but they were taken away from him.

10. PHINIZY's car was searched, and law enforcement found a spent .50 calibre round.

## **CONCLUSION**

11. Based on the above, I submit there is probable cause to believe that on October 22, 2018, WILLIAM PHINIZY committed or attempted to commit an act of physical violence against property in a restricted grounds, namely, the White House complex, using a vehicle, in violation of 18 U.S.C. § 1752(a)(4) and (b)(1)(A).

12. Based on the above, I submit there is probable cause to believe that on October 22, 2018, WILLIAM PHINIZY forcibly impeded, intimidated, and interfered with federal officers using a deadly or dangerous weapon, that is, a vehicle, in violation of 18 USC § 111(a)(1) and (b).

13. Finally, based on the above, I submit there is probable cause to believe that on October 22, 2018, WILLIAM PHINIZY damaged property of the United States in excess of $1,000.

                                                Wyatt Griffith, Officer
United States Secret Service, Uniformed Division

Subscribed and sworn before me this _____ day of October 2018.

                                                Hon. Deborah Robinson
United States Magistrate Judge